IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GERALD LOFARO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-03757

Judge Andrea R. Wood

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 41 | CUBICER |
| 145 | GanJieWanLe |
| 47 | INESVER- big deals clearance |
| 158 | David Aloha |
| 159 | Nicai Craftsmanship |
| 160 | Yanzi Process Production Facto |
| 169 | E kids fashion |
| 168 | MiniChic |
| 78 | limengru668 |
| 166 | NEW YORK kids clothing |
| 43 | kunmingtanghuwangluokeji |
| 113 | Master ZHANG |
| 39 | Jia-art |
| 68 | YzGhF |
| 157 | keketongzhuang |
| 173 | Baby friendly Beibei |
| 54 | Yhmwl |
| 147 | QIAORUIC |

| | |
|---|---|
| 156 | SuperHawk kids |
| 67 | ywziqiang |
| 172 | YahahaHome |
| 148 | DATOU Mens Tshirt |
| 46 | Wenpeefus |

DATED:  July 6, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 6, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt